UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRANCE P SOLES,

    Petitioner,

v.                                                                         Case No. 3:22cv1914-LC-HTC

RICKY D DIXON,

    Respondent.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 17, 2024 (ECF No. 12). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

Case No. 3:22cv1914-LC-HTC

2. The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Soles*, 2014 CF 4998 in the First Judicial Circuit Court for Escambia County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 21st day of March, 2024.

                *s/L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**